IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY, formerly known as THE AETNA CASUALTY AND SURETY COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and DOES 1 through 10,<br><br>        Defendants.<br>_____ / | No. C 04-03875 WHA<br><br>**ORDER REQUESTING STIPULATED DISMISSAL** |

It is the Court's understanding that a settlement was reached during a mediation session on May 23, 2005.  While counsel indicated that they anticipated a stipulated dismissal on or before June 10, 2005, none was filed.  The parties are requested to submit a stipulated dismissal of their claims and counterclaims by **JUNE 27, 2005**, so the Court may issue an order instructing the Clerk to officially close the case file.

**IT IS SO ORDERED.**

Dated: June 20, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE