IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY, formerly known as THE AETNA CASUALTY AND SURETY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and DOES 1 through 10,<br><br>Defendants. | No. C 04-03875 WHA<br><br>**ORDER REGARDING LETTERS** |

Letters dated May 24, 2005, independently submitted from *both* sides, reported that a settlement had been reached and a stipulated dismissal was forthcoming.  The Court further indicated, upon inquiry from defendant's counsel, that it would consider retaining jurisdiction for a limited period of time after the action was dismissed, if necessary to enforce the settlement agreement.  Based on the most recent round of correspondence, however, it now appears that both sides intend to file motions to enforce the settlement.  If the parties cannot resolve this dispute on their own, any motions shall be briefed on the normal 35-day track in accordance with the Civil Local Rules.  No further letters shall be accepted by the Court.

**IT IS SO ORDERED.**

Dated: June 28, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE